**DISMISS and Opinion Filed September 21, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00718-CV

## MARY FRANCES BRANNON AND CLAUDIA ANN DIETRICH-DAVIS, Appellants
## V.
## KAMALJIT KAUR, Appellee

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-03733-2019**

### MEMORANDUM OPINION
Before Justices Molberg, Carlyle, and Browning
Opinion by Justice Molberg

This is an appeal from the trial court's August 3, 2020 order denying appellant's motion for summary judgment because there is a fact issue to be resolved. Because the record does not reflect a final judgment has been signed, and an order denying a motion for summary judgment is not an appealable interlocutory order, we questioned our jurisdiction over the appeal and directed appellants to file a letter brief addressing our concern with an opportunity for appellee to respond. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (appeal may be taken from final judgment or interlocutory order authorized by statute); *Cincinnati*

*Life Ins. Co. v. Cates*, 927 S.W.2d 623, 625 (Tex. 1996) (denial of motion for summary judgment not reviewable on appeal).

Although appellants filed two letter briefs, nothing therein demonstrates this Court's jurisdiction over the appeal. Because the appealed order is interlocutory and nothing before us reflects a final judgment has been signed, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Ken Molberg//
KEN MOLBERG
200718f.p05                                        JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARY FRANCES BRANNON
AND CLAUDIA ANN DIETRICH-
DAVIS, Appellants

No. 05-20-00718-CV      V.

KAMALJIT KAUR, Appellee

On Appeal from the 417th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 417-03733-
2019.
Opinion delivered by Justice
Molberg. Justices Carlyle and
Browning participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee KAMALJIT KAUR recover her costs of this appeal from appellants MARY FRANCES BRANNON AND CLAUDIA ANN DIETRICH-DAVIS.

Judgment entered this 21ˢᵗ day of September, 2020.